JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH PAGALING, | Case No. 2:22-cv-03644-MCS-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| LOS ANGELES COUNTY JAIL, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 29, 2023

*Mark C. Scarsi*

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE